**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  **13** Min

Filed in Open Court:   Date: **09/29/2021**   Time: **10:55 am**   Tape: **FTR GOLD**

Magistrate (presiding): **LINDA T. WALKER**   Deputy Clerk: **Sonya Coggins**

Case Number: **1:21-CR-364**   Defendant's Name: **Brandon Hartnett**
AUSA: **Noah Schectman**   Defendant's Attorney: **Carmen Brooks**
USPO/PTR: _____   Type Counsel: ( ) Retained   ( ) CJA   (X) FPD   ( ) Waived

    ARREST DATE: _____
    INTERPRETER: _____

| | | |
|---|---|---|
| X | INITIAL APPEARANCE HEARING. (X) In THIS DISTRICT | Dft in custody? (X) Yes   ( ) No |
| X | Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed. | |
| X | ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY. | |
| | ORDER appointing _____ as counsel. | |
| | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) | |
| | Dft to pay attorney fees as follows: _____ | |
| | INFORMATION/COMPLAINT filed.   WAIVER OF INDICTMENT filed. | |
| X | Copy **indictment**/information given to dft? (X) Yes   ( ) No   Read to dft? ( ) Yes   ( ) No   (X) Prior to Hrg | |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | |
| X | ARRAIGNMENT HELD. ( ) Superseding indictment / information   ( ) Dft's WAIVER of appearance filed. | |
| | Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft | |
| | Dft failed to appear for arraignment.   Bench warrant issued _____ | |
| X | Dft enters PLEA OF NOT GUILTY.   ( ) Dft stood mute; plea of NOT GUILTY entered.   ( ) Waiver of appearance. | |
| | MOTION TO CHANGE PLEA, and order allowing same. | |
| X | ASSIGNED TO JUDGE **TIMOTHY C. BATTEN** for (X) trial   ( ) arraignment/sentence. | |
| X | ASSIGNED TO MAGISTRATE **Catherine M. Salinas** for pretrial proceedings. | |
| X | Estimated trial time: _____ days.   (X) SHORT   ( ) MEDIUM   ( ) LONG | |
| | PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing. | |

ARRAIGNMENT - Pg. 2                           Case No.:
                                              Defendant:

\_\_\_\_  Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

\_\_\_\_  Temporary commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

\_\_\_\_  BOND / PRETRIAL DETENTION hearing held.

\_\_\_\_  Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_  Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

\_\_\_\_  WRITTEN ORDER TO FOLLOW.

\_\_\_\_  BOND SET at _____

\_\_\_\_  Non-surety

\_\_\_\_  Surety   ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

\_\_\_\_  SPECIAL CONDITIONS: _____

_____

_____

\_\_\_\_  Bond filed; defendant released.

\_\_\_\_  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

_____

_____

_____

ARRAIGNMENT - Pg. 2  Case No.:
Defendant:

**MISC:**      **MAGISTRATE JUDGE'S ORDER**

X

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady* v. *Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.