IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

BRANDON HARTNETT

Criminal Action No.
1:21-CR-364

**Government's Motion for Detention**

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Noah R. Schechtman, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

   This case is eligible for a detention order because this case involves:

   A drug offense having a maximum term of imprisonment of 10 years or more;

   Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

   A serious risk that the defendant will flee.

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Rebuttable Presumption**

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

   A drug offense having a maximum term of imprisonment of 10+ year drug offense.

   A violation of 18 U.S.C. § 924(c).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

## Certificate of Service

I served this document today by filing it and by handing a copy to defense counsel:

September 29, 2021

                                          /s/ NOAH R SCHECHTMAN
                                          NOAH R SCHECHTMAN
                                          Assistant United States Attorney