USMS: 66038-509
F.d: 11334796

SEP 20 21 PM 4 08  USMS NGA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

BRANDON HARTNETT

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-364 -TCB

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest BRANDON HARTNETT and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): POSS W/I TO DISTRIBUTE CONTROLLED SUBSTANCES in violation of **Title 21, United States Code, Section(s) 841(b)(1)(C)**

KEVIN WEIMER
Name of Issuing Officer

Signature of Issuing Officer

Bail Fixed at $_____

Clerk, U.S. District Court
Title of Issuing Officer

September 20, 2021 at Atlanta, Georgia
Date and Location

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 2 5 2021
KEVIN P. WEIMER, Clerk
By: SBA Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Warrant returned unexecuted Signature of Arresting Officer
due to being processed
on a WRIT  09-27-2021